JESSE J. TEMERSON, Respondent, v. JOSEPH LIEBERMAN et al., Doing Business under the Name of ADVANCE FIREPROOF STORAGE WAREHOUSE Co., Appellants, et al., Defendants.— Action to recover damages for conversion by defendants of 518 bags of sugar stored in their warehouse by plaintiff. Judgment for plaintiff unanimously affirmed, with costs. Reduction in the amount of the judgment is not warranted. Although the damages awarded exceed the value of the sugar at the time of its conversion by defendants, this excess is approximately equal to the amount of interest which should have been allowed plaintiff, but was erroneously withheld, on the value of the sugar from time of conversion to date of judgment. (*Wilson* v. *City of Troy*, 135 N. Y. 96, 104–105; *White* v. *Miller*, 78 N. Y. 393.) Present — Carswell, Acting P. J., Johnston, Adel, Sneed and Wenzel, JJ.

## FIRST DEPARTMENT, FEBRUARY, 1948.
### (February 10, 1948.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. W. A. REALTY CORPORATION, Respondent, against HARRY B. CHAMBERS et al., Constituting the Tax Commission of the City of New York, Appellants. [67–73 W. 44th St. and 1140–1444 Avenue of the Americas, Borough of Manhattan.]

The above-named respondents-appellants, having moved for a resettlement of the order made herein and filed in the office of the clerk of this court on the 14th day of January, 1948,

Now, upon reading and filing the notice of this application, the affidavit of John F. Kelly in support of the motion, and the memorandum of Mr. Christian S. Lorentzen in opposition thereto, and after hearing Mr. John F. Kelly for the motion and Mr. Christian S. Lorentzen opposed

It is ordered that the said order entered herein be and the same hereby is resettled so as to read as follows:

At a Term of the Appellate Division of the Supreme Court held in and for the First Judicial Department in the County of New York on the 19th day of December, 1947.

Present:

Hon. David W. Peck, Presiding Justice,
Hon. Edward J. Glennon
Hon. Albert Cohn
Hon. John Van Voorhis
Hon. Bernard L. Shientag

Justices